# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Montavius Antoine Johnson,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:23-cv-00886-MR |
| | ) | Mecklenburg County Superior Court, 99-CRS- |
| vs. | ) | 26479-142833 |
| | ) | |
| **Pazavar Priest,** | ) | |
| Respondent. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 7, 2024 Order.

February 7, 2024

_____

Katherine Hord Simon, Clerk
United States District Court